# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICHARD L. SHORE & PAMELA R. SHORE         Case Number: 05-73594
1814 W. TOWNLINE ROAD                              SSN-xxx-xx-3705 & xxx-xx-7304
LEAF RIVER, IL  61047

Case filed on: 7/18/2005
Plan Confirmed on: 9/2/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $17,500.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | RICHARD L. SHORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 79.21 | 79.21 | 79.21 | 0.00 |
| 006 | DUANE & BERNIECE DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 79.21 | 79.21 | 79.21 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 11,757.99 | 4,703.20 | 3,497.78 | 0.00 |
| 003 | CAPITAL ONE | 8,750.40 | 3,500.16 | 2,603.08 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 15,816.17 | 6,326.47 | 4,705.01 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 11,296.91 | 4,518.76 | 3,360.62 | 0.00 |
|  | Total Unsecured | 47,621.47 | 19,048.59 | 14,166.49 | 0.00 |
|  | Grand Total: | 49,900.68 | 21,327.80 | 16,445.70 | 0.00 |

Total Paid Claimant:      $16,445.70
Trustee Allowance:        $1,054.30          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       74.37         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008            By  /s/Heather M. Fagan